UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CHRISTIAN ZAMBRANO**

CASE NO. : 2:21-CV-04983-JMA-ARL

*Plaintiff*

vs

**OLIVOS NY, LLC and RAKESH CHADHA**

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **09/20/2021** at **3:15 PM** at **630 Old Country Road, Room 2083B, Garden City, NY 11520**

deponent served a(n) **Summons in a Civil Action and Complaint**

on **Olivos NY, LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Lizzeth Gomez** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served
Gender : Female
Skin : White
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other :

Sworn to before me this
21st day of September, 2021

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC # 01DI4977768
COMM EXP 2/11/2023

Juan D. Aguirre
License No. 2067175

Serving By Irving Inc. | 15 East 41st Street Suite 1500 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### CHRISTIAN ZAMBRANO

CASE NO. : 2:21-CV-04983-JMA-ARL

vs

*Plaintiff*

**OLIVOS NY, LLC and RAKESH CHADHA**

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on 09/20/2021 at 3:15 PM at 630 Old Country Road, Room 2083B, Garden City, NY 11520

deponent served a(n) **Summons in a Civil Action and Complaint**

on **Rakesh Chadha**

by delivering thereat a true copy of each to Lizzeth Gomez [Co-Worker], a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **630 Old Country Road, Room 2083B, Garden City, NY 11520**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **09/21/2021**

**c/o Olivos NY, LLC**

Description of Person Served
Gender: Female
Skin: White
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st day of September, 2021

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC # 01DI4977768
COMM EXP 2/11/2023

Juan D. Aguirre
License No. 2067175